AARON D. FORD
  Attorney General
ALEXANDER J. SMITH (Bar No. 15484)
  Deputy Attorney General
D. RANDALL GILMER (Bar No. 14001)
  Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3427 (phone)
(702) 486-3773 (fax)
Email: ajsmith@ag.nv.gov

*Attorneys for Defendants*
*Lisa Walsh, Harold Wickham,*
*and Mike Peabody*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK ALAN SPADT,<br><br>  Plaintiff,<br><br>v.<br><br>WICKHAM, *et al.*,<br><br>  Defendants. | Case No. 3:19-cv-00343-MMD-CLB<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendants, Lisa Walsh, Harold Wickham, and Mike Peabody, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and D. Randall Gilmer, Chief Deputy Attorney General, on behalf of attorney of record, Alexander J. Smith, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Plaintiff, Mark Alan Spadt, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

1  The Parties have resolved this matter in its entirety and agree that the Court may
2  accordingly close the case, with prejudice.  Any outstanding deadlines are considered moot.

4  DATED this ___ day of March, 2022.          DATED this 21st day of March, 2022

　　　　　　　　　　　　　　　　　　　　　　　　AARON D. FORD
　　　　　　　　　　　　　　　　　　　　　　　　Attorney General

7  _____            By: /s/ D. Randall Gilmer
   MARK ALAN SPADT, #52301                       ALEXANDER J. SMITH (Bar No. 15484)
8  Plaintiff, *Pro Se*                               Deputy Attorney General
                                                  D. RANDALL GILMER (Bar No. 14001)
                                                  Chief Deputy Attorney General
                                                  *Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED __March 21_____, 2022.

_____
UNITED STATES DISTRICT JUDGE